■ BANKERS TRUST COMPANY, Respondent-Appellant, v MILTON BRATEN et al., Defendants. BRATEN APPAREL CORPORATION, Plaintiff, v BANKERS TRUST COMPANY, Defendant and Third-Party Plaintiff-Respondent-Appellant. BANKERS TRUST COMPANY, Third-Party Plaintiff-Respondent-Appellant, v CLARENCE RAINESS & Co. et al., Third-Party Defendants-Appellants-Respondents. (And Seven Other Actions.)—Order, Supreme Court, New York County, entered on November 12, 1976, unanimously affirmed for the reasons stated by Gellinoff, J., at Special Term, without costs and without

disbursements. Concur—Kupferman, J. P., Birns, Evans, Capozzoli and Yesawich, JJ.